**Dated: November 24, 2010**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:    Unclaimed Funds in                                  Misc. No._____
         Chapter 13 Cases

APPLICATION AND ORDER

Comes George W. Stevenson, Chapter 13 Trustee, and states:

1. Payments made to the following payees in the sum indicated and from the debtor's cases indicated have

not been claimed and the cases have been closed.

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 05-29882-K | ALISA N MCNEAL | 6337407 | JAMES D BERGSTROM ATTY<br>7840 GROVE CT W<br>APT 201<br>GERMANTOWN, TN  38138-3319 | $40.24<br><br>CHECK DATE<br>07/10/2010 |
| 06-25461-D | CHARLES EDWARD HUDSON<br>ALICE F HUDSON | 6338022 | FIRST TENNESSEE BANK<br>165 MADISON AVENUE MO 1<br>C/O CHRISTOPHER BROWN<br>MEMPHIS, TN  38103 | $3,013.75<br><br>CHECK DATE<br>07/10/2010 |
| 06-25461-D | CHARLES EDWARD HUDSON<br>ALICE F HUDSON | 6338022 | FIRST TENNESSEE BANK<br>165 MADISON AVENUE MO 1<br>C/O CHRISTOPHER BROWN<br>MEMPHIS, TN  38103 | $200.24<br><br>CHECK DATE<br>07/10/2010 |
| 04-36485-K | DAVID E ADAMS | 6339394 | WEST TENNESSEE COLLECTORS<br>100 N MAIN STE 1235<br>MEMPHIS, TN  38103 | $27.14<br><br>CHECK DATE<br>07/10/2010 |

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT | CHECK DATE |
|---|---|---|---|---|---|
| 05-34305-K | LAVONNE BARR | 6339459 | LAVONNE BARR<br>C/O MCELROY AND ASSOC<br>3780 S MENDENHALL STE 202<br>MEMPHIS, TN  38115 | $113.00 | 07/10/2010 |
| 10-23008-K | TERRENCE D FORTWENGLER<br>LAURA D FORTWENGLER | 6339478 | TERRENCE D FORTWENGLER &<br>LAURA D FORTWENGLER<br>1197 FALL SPRINGS RD<br>COLLIERVILLE, TN  38017 | $56.95 | 07/10/2010 |
| 08-30661-K | WILLIAM EARL JR MCKINNEY | 6339479 | WILLIAM EARL JR MCKINNEY<br>C/O JULIET AKINES ATTY<br>3030 COVINGTON PIKE<br>SUITE 270<br>MEMPHIS, TN  38128 | $77.00 | 07/10/2010 |
| 04-32738-D | ROBERT WARREN | 6339507 | ROBERT WARREN<br>C/O ALLEN JONES, ATTY<br>314 POPLAR AVE<br>MEMPHIS, TN  38103 | $339.00 | 07/09/2010 |
| 05-26654-D | CHARLES D DURRETT | 6339612 | CHARLES D DURRETT<br>54 W FRANK AVENUE<br>MEMPHIS, TN  38109 | $131.00 | 07/14/2010 |
| 06-28681-D | NOBELENE FELISHA JACOB | 6339674 | NOBELENE FELISHA JACOB<br>C/O JIMMY MCELROY ATTY<br>3780 S MENDENHALL<br>#202<br>MEMPHIS, TN  38115 | $209.25 | 07/15/2010 |
| 04-36840-D | KENNETH WOODARD | 6339739 | HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | $1,440.00 | 07/21/2010 |
| 05-26654-D | CHARLES D DURRETT | 6339747 | CHARLES D DURRETT<br>54 W FRANK AVENUE<br>MEMPHIS, TN  38109 | $131.00 | 07/21/2010 |
| 04-36485-K | DAVID E ADAMS | 6339799 | WEST TENNESSEE COLLECTORS<br>100 N MAIN STE 1235<br>MEMPHIS, TN  38103 | $74.55 | 07/22/2010 |
| 05-22389-K | ELLA PRISCELLA NEWBY | 6339983 | ELLA PRISCELLA NEWBY<br>C/O DARRELL CASTLE ATTY<br>4515 POPLAR AVENUE<br>SUITE 510<br>MEMPHIS, TN  38117 | $103.00 | 07/28/2010 |
| 09-28894-D | DU SIK LEE<br>WON JAE LEE | 6340132 | SHELBY COUNTY CLERK<br>C/O DEBBIE STAMSON<br>150 WASHINGTON AVE<br>MEMPHIS, TN  38103 | $106.00 | 08/02/2010 |
| 04-37202-K | ANNIE R HENDERSON | 6340153 | ANNIE R HENDERSON<br>C/O STEVEN BILSKY ATTY<br>100 N MAIN BLDG<br>SUTIE 405<br>MEMPHIS, TN  38103 | $100.00 | 08/02/2010 |

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 05-24314-D | SHANIKA L LEIGH | 6340157 | SHANIKA L LEIGH<br>4104 ST PIERRE BLVD #2<br>MEMPHIS, TN  38122 | $70.00<br><br>CHECK DATE<br>08/02/2010 |
| 04-38343-K | KARL EDWARD STEVENSON | 6340213 | KARL EDWARD STEVENSON<br>C/O ALLEN JONES, ATTY<br>314 POPLAR AVE<br>MEMPHIS, TN  38103 | $257.26<br><br>CHECK DATE<br>08/04/2010 |
| 05-24013-K | SHANTELL MARIA BODDIE | 6340231 | SHANTELL MARIA BODDIE<br>C/O IRVING S. ZEITLIN ATTY<br>100 N MAIN BLDG<br>SUITE 2005<br>MEMPHIS, TN  38103 | $124.26<br><br>CHECK DATE<br>08/04/2010 |

2.   That all the attached list of cases have heretofore been closed out, and applicant is of the belief that the funds should be turned over to the Bankruptcy Court Clerk pursuant to 11 U.S.C. Section 347(a).

WHEREFORE, your Trustee prays for the entry of an order authorizing the turnover to the Bankruptcy Court Clerk the sum of $6,613.64 representing unclaimed funds pursuant to 11 U.S.C. sec 347(a).

/s/ George W. Stevenson
George W. Stevenson
Chapter 13 Trustee

### ORDER

Upon consideration of the foregoing, the Court finds the application to be well founded,

IT IS THEREFORE ORDERED, that George W. Stevenson, the Standing Trustee, pursuant to 11 U.S.C. sec 347(a) issue a check to the Bankruptcy Court Clerk in the amount of $6,613.64 representing unclaimed funds on the attached list of cases.

cc:   TRUSTEE
      BANKRUPTCY COURT CLERK