**Dated: June 27, 2011**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Unclaimed Funds in                                      Misc. No._____
         Chapter 13 Cases

APPLICATION AND ORDER

Comes George W. Stevenson, Chapter 13 Trustee, and states:

1. Payments made to the following payees in the sum indicated and from the debtor's cases indicated have

not been claimed and the cases have been closed.

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 05-30831-K | JINNIE MARIE DEVINE | 6360449 | JINNIE MARIE DEVINE C/O GENE BELL ATTY 2600 POPLAR AVENUE #210 MEMPHIS, TN  38112 | $100.00 CHECK DATE 02/07/2011 |
| 05-26264-K | ESSIE MARIE FORD | 6360905 | ANNIE GRANTHAM 2699 GARDEN GROVE #1 MEMPHIS, TN  38128 | $428.27 CHECK DATE 02/10/2011 |
| 07-27083-D | DONALD HOLLOWAY TALLEY | 6361624 | FIA CARD SERVICES NA AS SUCCESSOR  BANK OF AMERICA 1000 SAMOSET DRIVE ATTN: MR BK DE5 023 03 03 NEWARK, DE  19713 | $402.21 CHECK DATE 02/10/2011 |

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 05-31466-K | JANWANA DELBRIDGE | 6361870 | HOMEQ SERVICING<br>701 CORPORATE CENTER DR SUITE 300<br>RECOVERY NC4745<br>RALEIGH, NC 27607 | $130.49<br>CHECK DATE 02/10/2011 |
| 05-32679-K | CHRISTOPHER STEPHEN CRANFORD | 6363119 | CHRISTOPHER STEPHEN CRANFORD<br>C/O LARRY A DIAMOND ATTY<br>100 N MAIN BLDG<br>SUITE 1921<br>MEMPHIS, TN 38103 | $84.00<br>CHECK DATE 02/10/2011 |
| 08-32582-D | LYDELL WALTON | 6363147 | LYDELL WALTON<br>4912 LOCHINVAR RD<br>MEMPHIS, TN 38116 | $932.00<br>CHECK DATE 02/10/2011 |
| 05-36898-D | EARLINE L WILLIAMS | 6363208 | EARLINE L WILLIAMS<br>4037 BIRCH GLEN DRIVE<br>MEMPHIS, TN 38115 | $145.00<br>CHECK DATE 02/15/2011 |
| 06-26590-K | LARRY ALLEN | 6363372 | LARRY ALLEN<br>3468 MARK TWAIN STREET<br>MEMPHIS, TN 38127 | $96.00<br>CHECK DATE 02/23/2011 |
| 06-20940-D | JAMES H JR KERR | 6363422 | JAMES H JR KERR<br>664 SPOTTSWOOD MANOR DRIVE<br>MEMPHIS, TN 38111 | $100.00<br>CHECK DATE 02/24/2011 |
| 05-38434-D | AMANDA LEIGH JACKSON | 6363598 | AMANDA LEIGH JACKSON<br>263 STAFFORD CIRCLE APT 301<br>CORDOVA, TN 38018 | $84.91<br>CHECK DATE 03/02/2011 |

2.    That all the attached list of cases have heretofore been closed out, and applicant is of the belief that the funds should be turned over to the Bankruptcy Court Clerk pursuant to 11 U.S.C. Section 347(a).

WHEREFORE, your Trustee prays for the entry of an order authorizing the turnover to the Bankruptcy Court Clerk the sum of $2,502.88 representing unclaimed funds pursuant to 11 U.S.C. sec 347(a).

/s/ George W. Stevenson
George W. Stevenson
Chapter 13 Trustee

## ORDER

Upon consideration of the foregoing, the Court finds the application to be well founded,

IT IS THEREFORE ORDERED, that George W. Stevenson, the Standing Trustee, pursuant to 11 U.S.C. sec 347(a) issue a check to the Bankruptcy Court Clerk in the amount of $2,502.88 representing unclaimed funds on the attached list of cases.


cc:  TRUSTEE
     BANKRUPTCY COURT CLERK